UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES HANTON | : | PRISONER<br>CIVIL NO. 3:02CV997 (CFD) (WIG) |
| V. | : |  |
| MARY MARTO, ET AL. | : | JUNE 9, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants, in lieu of the appearance on record of Peregrine Zinn Rowthorn, Assistant Attorney General, in the above-captioned case.

Dated at Hartford, Connecticut, this 9th day of June 2004.

DEFENDANTS
Mary Marto, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Kathleen A. Keating
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-Mail:  kathleen.keating@po.state.ct.us
Federal Bar #ct25247

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of June 2004:

James Hanton #166178
Willard/Cybulski Correctional Institution
P.O. Box 2400
Enfield, CT 06083-2400

Perry Zinn Rowthorn
Assistant Attorney General
55 Elm Street
Hartford, CT 06106

_____/s/_____
Kathleen A. Keating
Assistant Attorney General