UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES HANTON | : | PRISONER |
| *Plaintiff* | : | 3:02CV997(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| MARY MARTO, ET AL. | : | |
| *Defendants* | : | JUNE 18, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants in the above-entitled matter hereby, by and through the undersigned counsel and pursuant to Local Rule 9(d) and Federal Rule of Civil Procedure 12, respectfully move for a 60 day extension of time within which to file a Motion for Summary Judgment up to and including August 18, 2004. In support of this motion, the defendants represent the following:

1.	The schedule of undersigned counsel has been extremely hectic as she is new to this office, as she is defending the State in numerous other matters demanding her attention, and as she is scheduled to begin the trials of three different matters, in July and August of 2004, before Connecticut Superior Court Justices Stanley J. Fuger, Jr. and Gary J. White.

2.	On June 8, 2004, the undersigned counsel for the defendants was assigned responsibility for this case.

3.	On June 9, 2004, the undersigned counsel for the defendant filed an appearance.

4.      On August 26, 2002, the Court filed a scheduling order directing that dispositive motions be filed by March 26, 2003.

5.      On August 28, 2002, the previous counsel for the defendants, Peregrine Alban Zinn-Rowthorne, filed a motion to dismiss the complaint, and on September 25, 2002, the plaintiff filed a motion to dismiss the defendants' motion to dismiss.

6.      On August 30, 2002, the previous counsel for the defendants, Peregrine Alban Zinn-Rowthorn, filed a motion to dismiss the amended complaint, and on November 8, 2002, the plaintiff filed a memorandum in opposition to the defendants' motion to dismiss the amended complaint.

7.      On March 5, 2003, the Honorable Christopher F. Droney filed an endorsement denying both the defendants' motion to dismiss the complaint and the defendants' motion to dismiss the amended complaint.

8.      On March 19, 2003, the previous counsel for the defendants, Peregrine Alban Zinn-Rowthorn, filed a motion for judgment on the pleadings, and on April 2, 2003, the plaintiff filed an objection to that motion.

9.      On May 21, 2004, the Honorable Christopher F. Droney filed an endorsement order denying the defendant's motion for judgment on the pleadings without prejudice to file a motion for summary judgment.

10.     This complaint contains complex factual and legal allegations.

11. Additional time is necessary in order for the defendants to review the complaint and pertinent documents in order to prepare an appropriate responsive pleading.

12. This is the first motion for an extension of time in this matter as to a responsive pleading.

13. The undersigned counsel has not contacted counsel for the plaintiff to determine the plaintiff's position with regard to this motion, since the plaintiff is pro se and is an inmate currently confined to Willard-Cybulski Correctional Institution.

DEFENDANTS,
Mary Marto, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT  06105
Telephone:  (860) 808-5450
E-mail:  kathleen.keating@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 17th day of June, 2004, to:

James Hanton  
Inmate No. 166178  
Willard-Cybulski Correctional Institution  
391 Shaker Road  
Enfield, CT  06082

                                                                        __/s/_____  
                                                                         Kathleen A. Keating  
                                                                         Assistant Attorney General