United States District Court
District of Connecticut

FILED
2004 JUL -1 P 5:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James Hanton                CASE NO. 3:02CV997(CFD)(WIG)
     vs.
Mary Marto, et. al.         Date: June 30, 2004

## Motion For Emergency Injunction

The plaintiff, James Hanton respectfully moves the court for an emergency injunction; ordering the extraction of his lower left molar #17, which is the subject of this lawsuit.

On June 24, 2004, D. DeFlorio, D.D.S. and M. Vincent Dental Tech. refused to extract the plaintiff's lower left molar #17 that they know is causing great pain and bleeding. The plaintiff told D. DeFlorio and M. Vincent that he would pay the required $3.00 to have the tooth extracted, but they still refused to extract it.

On August 21, 2002, the plaintiff's tooth was diagnosed by D.D.S. Craig McDonald. The plan was to replace the missing filling if tooth is comfortable and extract if symptoms of pain to chewing persist. Attached is a copy of dental record. In an attempt to save the plaintiff's tooth Dr. McDonald filled the plaintiff's tooth and told him, if he has future problems contact dentist and tooth would be extracted.

In June of 2004, the plaintiff's tooth became unbearable, so the plaintiff requested it to be extracted, but D. DeFlorio and M. Vincent are refusing to extract the tooth.

There is ample case law that supports, when there is a dispute concerning money and health care, the issue concerning money should be set aside and the issue of health care should be addressed. The plaintiff's tooth is causing great pain and bleeding and D. DeFlorio and M. Vincent is disputing over money.

For the reasons set forth, the plaintiff urges the Court to grant this motion.

Respectfully Submitted
By James Hawton

James Hawton 106-178
Cybulski C.I. 391 Shaker Rd., P.O.
Box 2400 Enfield, CT. 06082

Certification

I hereby certify that a copy of the foregoing was sent on this 30th Day of June, 2004 to:

Assistant Attorney General
Perry Zinn-Rowthorn
Kathleen A. Keating
110 Sherman St, Hartford
CT 06105

_Jacques [signature]_
The Plaintiff

HR601A REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**

**DENTAL RECORD**
(Continued)

ALLERGIES

INMATE NUMBER: 166173
DATE OF BIRTH: 3-10-63
INMATE NAME (LAST, FIRST, INITIAL): Harrison, James
SEX: (M) F
RACE/ETHNIC: (B) W H O
FACILITY: CCI

## DENTAL PROCEDURES

| DATE | | DENTIST SIGNATURE |
|---|---|---|
| 6-8-98 | NKA — Cleaned Tx'ed one of the teeth, decay on left lower [illegible]. [illegible] 6-8-98. Lower left [illegible] sensitivity near #17. [illegible] #17. [illegible] to [illegible]. IPAx #17. [illegible] facial #17 at [illegible] request. [illegible] 500 mg #4 2g/6 hrs to [illegible]. | [signature] |
| 8/25/98 | I/M refused appt CCI | |
| 8/26/98 | Inmate placed on [illegible] but at Inmate's request [illegible] | [illegible] |
| 9-28-99 | [illegible]. HC [illegible] ē Inmate. HC [illegible] given [illegible] inmate possibly some sensitivity to thermal change. Inmate so [illegible]. Inmate pleased. | (JS) |
| 8/21/02 10:30 CRCI | (S) Referral for eval of tooth 17 (LL molar). cold ⊕, pain to chewing. (O) #17 had filling replaced 9/96; another filling #17 planned 11/97; I/M requested extraction #17 6/98 but refused ext 8/98. Exam reveals large O-mesial filling #17 w/ caries-OF. Tooth is stable, no percussion pain; no opposing molar. IPAx #17 — deep caries present. Placed cavit temp filling #17-OF.; also caries #15 noted. (A) If tooth is comfortable — replace filling #17, amal 15. If symptoms present — extract #17. | CRAIG McDONALD, D.D.S. [initials] |