UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES HANTON | : | PRISONER |
| *Plaintiff,* | : | NO. 3:02CV997(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| MARY MARTO, ET AL. | : | |
| *Defendants.* | : | JULY 19, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR EMERGENCY INJUNCTION**

The defendants hereby respond to the plaintiff's motion for emergency injunction dated June 30, 2004. In his motion, the plaintiff requests that the court order the defendants to extract the plaintiff's lower left molar, number 17. Based on the undersigned's inquiry and as set out below, it is evident that the plaintiff's motion should be denied as moot:

1.  The plaintiff, a *pro se* inmate, originally brought this action based on the alleged failure of various state officials to provide dental care. In a supplemental complaint dated July 22, 2002, the plaintiff added an unrelated claim concerning an alleged deprivation of legal property by correctional officials.

In his complaints, the plaintiff alleges the following regarding the issue of his dental care:

* On November 17, 1997, the plaintiff was placed on a list to have a temporary filling replaced by a permanent one.[1]

* On November 16, 1998, the plaintiff was seen by Dr. Shivy, who refused to replace the filling.

* On May 14, 1999, Defendant Marto responded to a letter of complaint regarding the filling that the plaintiff had sent to Warden George Wezner. Defendant Marto stated in her response that plaintiff was scheduled to see a dentist.

* On June 2, 1999, Defendant Marto responded to a letter of complaint sent by the plaintiff to Deputy Warden Calcinari. Defendant Marto again stated that the plaintiff was scheduled to see the dentist.

* On August 9, 1999, the plaintiff wrote Defendant Marto a letter, inquiring when his filling would be replaced. This letter was responded to by Defendant McIntosh, who stated that she would look into having the plaintiff transferred in order to facilitate the plaintiff's dental procedure. The plaintiff never heard back about the transfer.

* On August 23, 1999, the plaintiff wrote Defendant Malcolm about his teeth and gums, and requested to be moved to a facility where his filling could be replaced. Defendant

---

[1] Nowhere in either of his complaints does the plaintiff ever identify, either by name or by position, exactly which tooth is the subject of this lawsuit.

2

Malcolm responded by saying that she would refer plaintiff's complaint to Defendant McIntosh and Warden Wezner.

* The plaintiff wrote to Commissioner Armstrong and Warden Wezner directly about his dental concerns. On September 24, 1999, Warden Hector Rodgriguez responded to the plaintiff's letter to the Commissioner. Warden Rodriguez stated that according to Defendant McIntosh, the plaintiff was seen by dental staff.

* The plaintiff filed grievances regarding this issue that were not answered.

* On December 15, 2000, the plaintiff's filling fell out. The plaintiff complained about this fact to Defendant Shivy, who refused to address the problem.

* On February 15, 2001 and April 15, 2001, the plaintiff wrote Defendants McIntosh and Malcolm complaining about the missing filling, but those complaints were not addressed.

2. In his most recent Motion for Emergency Injunction,[2] the plaintiff moves for the extraction of "lower left molar #17, which is the subject of this lawsuit"[3][4] and alleges the following in support of his motion:

---

[2] A perusal of the civil docket for this case reveals that the plaintiff has filed at least four motions for emergency injunction regarding his dental issues.

[3] *See* Plaintiff's Motion for Emergency Injunction, p. 1.

    \* On June 24, 2004, Dr. DeFlorio, a dentist, and Dental Technician Vincent refused to extract the plaintiff's lower left molar, tooth number 17, even after the plaintiff advised them that tooth number 17 was causing him great pain.

    \* On August 21, 2002, the plaintiff was examined by Dr. McDonald, a dentist, who indicated that the filling missing from tooth number 17 would be replaced, if the tooth was comfortable. Otherwise, tooth number 17 would be removed, if the symptoms persisted.

    \* Dr. McDonald filled the plaintiff's tooth and advised the plaintiff to contact a dentist if he experienced any further problems.[5]

3.    On June 30, 2004, the plaintiff filed an Inmate Grievance Form requesting that his lower left molar, number 17, be extracted. On July 7, 2004, Dr. Dupont, an oral surgeon, was consulted, and the plaintiff's request to have tooth number 17 extracted was granted. *See* Exhibit A, Inmate Grievance Form, dated June 30, 2004 and July 7, 2004. That extraction has been scheduled for Wednesday July 21, 2004 to be performed by Dr. Dupont. *See* Exhibit B, Oral Surgery for Wednesday July 21, 2004 for Dr. Dupont at Willard-Cybulski Correctional

---

[4]    It should be noted that in June 1998, the plaintiff requested extraction of tooth number 17, and then in August of 1998, the plaintiff refused extraction of tooth number 17. *See* Plaintiff's attached Dental Record, entry dated August 21, 2002.

[5]    It is not clear from the plaintiff's motion which tooth was filled by Dr. McDonald or when it was filled. Although the plaintiff does attach what appears to be his dental chart

Institution. (The names of the other inmates scheduled for surgery that same day have been redacted.) Additionally, as a contingency plan, the extraction has also been scheduled for Thursday July 22, 2004 at Carl Robinson Correctional Institution to be performed by Dr. Murphy. *See* Exhibit C, Daily Dental Record for July 22, 2004 Dr. Murphy at Carl Robinson Correctional Institution. (The names of the other inmates scheduled for dental appointments for that same day have been redacted.)

For the foregoing reasons, the defendants respectfully request that the plaintiff's motion be denied as moot.

                                    DEFENDANTS,
                                    Mary Marto, et al.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL


                                    BY:__/s/_____
                                    Kathleen A. Keating
                                    Assistant Attorney General
                                    Federal Bar No. ct25247
                                    110 Sherman Street
                                    Hartford, CT  06105
                                    Telephone No.:  (860) 808-5450
                                    Fax No. (860) 808-5591
                                    E-mail:  kathleen.keating@po.state.ct.us

---

from August 21, 2002, that chart does not appear to indicate that tooth number 17 was filled. The plaintiff attaches no dental chart dated after August 21, 2002.

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 19th day of July, 2004, to:

James Hanton, Inmate No. 166178
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT   06082

              /s/_____
              Kathleen A. Keating
              Assistant Attorney General