**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES HANTON | : | PRISONER |
| *Plaintiff,* | : | NO. 3:02CV997(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| MARY MARTO, ET AL. | : | |
| *Defendants.* | : | JULY 19, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, **MARY MARTO, ET AL.**, have manually filed the following documents:

- Exhibits A, B and C to <u>Defendants' Response to Plaintiff's Motion for Emergency Injunction</u>

These documents have been filed electronically because:

[ X]     The documents cannot be converted to an electronic format.
[   ]     The electronic file size of the document exceeds 1.5 megabytes.
[   ]     The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                                              DEFENDANTS,
                                                              Mary Marto, et al.

                                                              RICHARD BLUMENTHAL
                                                              ATTORNEY GENERAL


                                                              BY:_/s/_____
                                                              Kathleen A. Keating
                                                              Assistant Attorney General
                                                              Federal Bar No. ct25247
                                                              110 Sherman Street
                                                              Hartford, CT  06105
                                                              Telephone No.:  (860) 808-5450
                                                              Fax No. (860) 808-5591
                                                              E-mail:  <u>kathleen.keating@po.state.ct.us</u>

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 19th day of July, 2004, to:

James Hanton, Inmate No. 166178
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT   06082

                                                          /s/_____
                                                         Kathleen A. Keating
                                                         Assistant Attorney General

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this _____ day of _____ 2003:

_____

Assistant Attorney General