UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES HANTON | : | PRISONER |
| *Plaintiff,* | : | CIVIL NO. 3:02CV997(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| MARY MARTO, ET AL. | : | |
| *Defendants.* | : | AUGUST 16, 2004 |

## NOTICE TO PRO SE LITIGANT OPPOSING SUMMARY JUDGMENT

Local Rule 56a(1) requires that counsel filing a Motion For Summary Judgment notify the pro se appearing party of the requirements for filing papers opposing the Motion For Summary Judgment.

A copy of Local Rule 56a(1) which sets forth the requirements the pro se litigant must meet in filing his motion in opposition to defendants' Motion For Summary Judgment, along with Federal Rule of Civil Procedure 56, are attached and have been modified to reflect the fact that this matter is being tried to the Court rather than to a jury.

DEFENDANTS,
Mary Marto, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:____/s/_____
Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
E-mail:  kathleen.keating@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of August 2004:

James Hanton, Inmate No. 166178
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT 06082

    /s/
Kathleen A. Keating
Assistant Attorney General