UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMES HANTON                     :
                                 :            PRISONER
     v.                          :   Case No. 3:02CV997(CFD)(WIG)
                                 :
MARY MARTO, et al.               :
```

RULING AND ORDER

Defendants' motion for extension of time to file a motion for summary judgment [**doc. #51**] is **GRANTED**. Defendants shall file their motion on or before August 18, 2004.

**SO ORDERED** this 11th day of August, 2004, at Bridgeport, Connecticut.

                                                /s/
                                       WILLIAM I. GARFINKEL
                                       UNITED STATES MAGISTRATE JUDGE