United States District Court
District of Connecticut

FILED
2005 JAN 12 P 4:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James Hanton

vs

Mary Marto, et. al.

Case No. 3:02CV997(CFD)(WIG)

Date: January 7, 2005

## Notice of Appeal

The plaintiff, James Hanton hereby gives the Court Notice of his Appeal from Judge Garfinkel's August 11, 2004, ruling granting the defendants an extension of time to file for summary judgment fifteen (15) months after the time required to file summary judgment.

For the reasons set forth, the plaintiff urges the Court to grant this appeal.

Respectfully Submitted
By James Hanton

James Hanton 166-178
Cybulski C.I. 391 Shaker Rd, P.O. Box 2400 Enfield, CT. 06082

Certification

I hereby certify that a copy of the foregoing was sent on this 5th day of January 2005 to:

Assistant Attorney General
Perry Zinn Rowthorn
Kathleen A. Keating
110 Sherman St. Hartford
CT. 06105

*[signature]*
The plaintiff