UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES HANTON

v.

MARY MARTO
ESTHER McINTOSH
CHERYL MALCOLM
V. SHIVY
ULYSSES CLIFTON
CAPTAIN PENN
CAPTAIN KELLEY

PRISONER
CIVIL NO. 3:02cv997 (CFD)

## J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the motion for summary judgment and all the related papers. On February 17, 2005, the Court filed its Ruling on Plaintiff's Motion for Emergency Injunction and Defendant's Motion for Summary Judgment granting defendants' motion.

Therefore it is **ORDERED** and **ADJUDGED** that summary judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 22nd day of February, 2005.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____