United States District Court
District of Connecticut

FILED
2005 MAR 10 P 1:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James Hanton
    vs
Mary Marto, et. al.

CASE NO. 3:02CV997 (CFD)

DATE: March 4, 2005

## Notice of Appeal

The plaintiff, James Hanton hereby gives the Court notice of his Appeal from the Court's Ruling dated February 23, 2005, granting defendants Motion For Summary Judgment.

Respectfully Submitted
by James Hanton
James Hanton
P.O. Box 8147 New Haven
CT 06530

## Certification

I hereby certify that a copy of the foregoing was sent on this 4th Day of March 2005 to:
Perry Zinn-Rowthorn
Kathleen A. Kerting
110 Sherman St., Hartford
CT 06105

James Hanton
The plaintiff