**MANDATE** *[stamp]*

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED *[stamp]* 2005 JUN -9 P 2:14

Roseann B. MacKechnie
CLERK

Date:              6/2/05
Docket Number:     05-1425-pr
Short Title:       Hanton v. Marto
DC Docket Number:  02-cv-997
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Christopher Dro

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 2nd day of June, two thousand five.

James Hanton,

    Plaintiff-Appellant,

v.

Mary Marto, Ind, Esther MCintosh, I/O, Cheryl Malcolm, I/O, V. Shivy, Ind, Ulysses Clinton, I/Capacity, Captain Penn, I/Capacity, Captain Kelly, I/Capacity,

    Defendants-Appellees.

*[UNITED STATES COURT OF APPEALS FILED JUN 2 - 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT stamp]*

### ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK *[signature]*

For the Court,
Roseann B. MacKechnie, Clerk
By: Frank Perez
Deputy Clerk

Certified:   JUN 2 - 2005